FILED

NOT FOR PUBLICATION

FEB 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANA LUISA RENTERIA DE TORRES,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>Respondent. | Nos. 07-71511<br>       07-73325<br><br>Agency No. A077-963-531<br><br><br>MEMORANDUM [*] |

On Petitions for Review of Orders of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

In these consolidated petitions, Ana Luisa Renteria De Torres, a native and

citizen of Mexico, petitions for review of the Board of Immigration Appeals'

("BIA") orders denying her motion to reopen based on ineffective assistance of

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

JT/Research

counsel and denying her motion to reconsider. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the denial of motions to reopen and to reconsider, *Cano-Merida v. INS*, 311 F.3d 960, 964 (9th Cir. 2002), and review de novo questions of law, *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petitions for review.

The BIA did not abuse its discretion in denying Renteria De Torres' motion to reopen because she presented insufficient evidence to establish prejudice. *See Rojas-Garcia v. Ashcroft*, 339 F.3d 814, 826 (9th Cir. 2003) (to prevail on an ineffective assistance of counsel claim a petitioner must demonstrate prejudice).

The BIA also did not abuse its discretion in denying Renteria De Torres' motion to reconsider because the motion failed to identify any error of fact or law in the BIA's March 22, 2007 order. *See* 8 C.F.R. § 1003.2(b).

**PETITIONS FOR REVIEW DENIED.**